UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:09-CR-00036(01) RM |
| | ) |
| ERIC A. THOMPSON | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 7, 2009 [Doc. No. 11]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Eric Thompson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED: April 28, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court